■ BERNARD WINCIG, Respondent, v CHOCK 574 5TH OPERATING, INC., Appellant.—Judgment, Supreme Court, New York County (Irving Kirschenbaum, J.), entered on October 11, 1984, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Trial Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Asch, J. P., Fein, Milonas, Kassal and Ellerin, JJ.

■ PHILIP WOLITZER, Appellant, v MANHATTAN EMBASSY CO. et al., Respondents. HARRY WALKER, Plaintiff, v MANHATTAN EMBASSY COMPANY, Defendant. HARRY WALKER, Plaintiff, v MANHATTAN EMBASSY COMPANY, Defendant and Interpleading Plaintiff. GEORGE MEHLMAN et al., Interpleaded Defendants.—Order, Supreme Court, New York County (David Edwards, Jr., J.), entered on March 27, 1984, unanimously affirmed, without costs and without disbursements and without prejudice to an application at Special Term for leave to serve an amended complaint against Mehlman only. No opinion. Concur—Sullivan, J. P., Ross, Carro, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HASSELL, Appellant.—Judgment, Supreme Court, New York County (Solomon H. Katz, J.), rendered on December 6, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Carro, Kassal and Ellerin, JJ.